```
                    IN THE UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF ARKANSAS
                            FAYETTEVILLE DIVISION
```

JOE HART                                                         PLAINTIFF

v.                          Case No. 07-5088

JEREMY COFFEE                                                    DEFENDANT

## ORDER

On July 2, 2007, the Government filed a Motion to Substitute the United States for the named defendant, combined with a Motion to Dismiss (Doc. 4). As of this date, the plaintiff has not responded to the motions. As Plaintiff is proceeding pro se, he is hereby granted an extension until July 31, 2007, to file a response to the motions. **Plaintiff is advised that his failure to comply with this order will result in the dismissal of his action.**

IT IS SO ORDERED this 17th day of July 2007.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE